# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| HENRY D. MCLAURIN and MILLIE D. MCLAURIN, ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> EAST JORDAN IRON WORKS, INC., ) <br> VULCAN THREADED PRODUCTS, INC., ) <br> and GRAND RAPIDS BOLT AND NUT, INC. ) <br> d/b/a GREAT LAKES FASTENERS, ) <br> Defendants, ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 5:08-CV-89-F** |

**Decision by Court.**

IT IS ORDERED AND ADJUDGED that the pursuant to the court's order dated October 27, 2009, the court DENIED the Motion to Reconsider [35], DENIED the Motion for Issuance of Letters of Rogatory [35], DENIED the Motion to Amend/Correct [35]; DENIED the Motion for Leave to File [39], GRANTED IN PART AND DENIED IN PART the Motion for Summary Judgment [41], GRANTED the Motion for Summary Judgment [42] and all claims against defendant Grand Rapids' are DISMISSED.

FURTHERMORE, IT IS ORDERED AND ADJUDGED that the Plaintiff's Motion for Additional Time to Submit Exhibit to Additional Sur-Reply is ALLOWED. The Clerk of Court is DIRECTED to file the Affidavit of Don Harrison as part of the record in this case. Furthermore, Vulcan's Motion for Summary Judgment [41] is ALLOWED in its entirety, and all claims against it are DISMISSED. The Clerk of Court is DIRECTED to close this case and remove it from the court's trial and pretrial calendars.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **January 8, 2010**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

| | |
|---|---|
| Daniel F. Read <br> 115 E. Main Street <br> Durham, NC 27701-3601 | William W. Pollock <br> Andrew Hathaway <br> 5420 Wade Park Blvd., Suite 300 <br> Raleigh, NC 27611-7808 |
| William Thomas Kesler, Jr. <br> P.O. Box 2889 <br> Raleigh, NC 27601 | Jeffrey H. Blackwell <br> The Pines 1, 1838 Sir Tyler Dr, Suite 200 <br> Wilmington, NC 28405 |
| <u>January 8, 2010</u> <br> Date | DENNIS P. IAVARONE <br> Clerk of Court <br> <br> /s/ Susan K. Edwards <br> *(By) Deputy Clerk* |
| *Wilmington, North Carolina* | |